UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: **3:07cr124/MCR/EMT**
3:16cv338/MCR/EMT
**3:08cr14/MCR/EMT**
JAMES EDWARD BANZACA  3:16cv339/MCR/EMT
**3:08cr54/MCR/EMT**
3:16cv340/MCR/EMT

_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 8, 2017 (ECF No. 57). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Defendant Banzaca's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (ECF No. 47) is **DENIED** to the extent he seeks relief based on the Supreme Court's decision in *Johnson,* and that the remainder of the claims raised in his motion are summarily **DENIED and DISMISSED** as untimely.

3.	The clerk is directed to docket a copy of this order in each of the above-styled cases.

4.	A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 8th day of September, 2017.

/s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**